UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

United States Bankruptcy Court
Southern District of Texas

**ENTERED**
June 17, 2025
Nathan Ochsner, Clerk

In Re: Cedric Dwight Johnson
Debtor

Case No.: 23–32110
Chapter: 13

## ORDER TO RESET MODIFICATION

The hearing on modification of the Debtor's chapter 13 plan is continued until **7/22/25** at **11:00 AM.**

Signed and Entered on Docket: 6/17/25

MARVIN ISGUR
United States Bankruptcy Judge